✓ FILED   ___ ENTERED
____ LOGGED  _____ RECEIVED

2:01 pm, May 27 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JJ_____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 8:22-MJ-01593-1-TJS |
| **NIJEA NICOLE RICH** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 20th day of May, 2022, that Nicholas Madiou is hereby appointed to represent the individual.

/s/
_____

Timothy J Sullivan
UNITED STATES MAGISTRATE JUDGE

1