IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CASE NO. 22-MJ-1593-TJS |
| | * |
| NIJEA NICOLE RICH, | * |
| | * |
| Defendant. | * |
| | * |
| ******* | |

### ORDER

Upon consideration of the "Consent Motion to Continue Preliminary Hearing and Waive Filing of the Indictment" ("the Motion"), (ECF 22) in the above-captioned matter, there being no opposition thereto, good and sufficient cause having been shown, the Court finds that the ends of justice served by continuing the deadlines to hold a preliminary hearing and file an indictment in this case outweigh the interest of the public and the defendant in a speedy trial, and it is hereby this  8th  day of August, 2022, **ORDERED**, for the reasons set forth in the Motion, which is incorporated herein, that the Motion is **GRANTED**; and it is further

**ORDERED** that the Preliminary Hearing in this matter be rescheduled to a date on or before October 10, 2022, to be requested by the parties prior to such date; and it is further

**ORDERED** that the deadline for filing an indictment in this matter is waived until October 10, 2022, per the waiver agreed to by the Defendant, through counsel.

**IT IS SO ORDERED.**

_____
The Honorable Timothy J. Sullivan
United States Magistrate Judge